No. 9174. ALBERT E. MARONEY, Plaintiff and Appellant, *v.* STATE HIGHWAY COMMISSION of the State of Montana, and Harry Soderberg, Walter H. Bolkavatz, Nels Bach, T. W. Elliot, and John R. Graham, as Members of and Constituting the State Highway Commission of the State of Montana; The Board of Examiners of the State of Montana and John W. Bonner, Sam W. Mitchell and Arnold H. Olsen, as Members of and Constituting the Board of Examiners of the State of Montana; John J. Holmes, as Auditor of the State of Montana; John E. Henry, as Treasurer of the State of Montana, Defendants and Respondents.

259 Pac. (2d) 338.

Decided March 10, 1953.

*Lloyd J. Skedd* and *Walter P. Coombs,* Helena, for plaintiff and appellant.

*Arnold H. Olsen,* Atty. Gen., *Harry H. Jones,* and *Lester H. Loble,* Sp. Assts. Atty. Gen., for defendants and respondents.

MR. CHIEF JUSTICE ADAIR:

On application of the attorneys of record for both the appellant and respondents, and stipulation filed;

It is ordered that the appeal in the above entitled and numbered cause be and it is hereby dismissed with prejudice.